# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0999
L.T. Case No. 2015-CF-001653

_____

MICHAEL KOLB,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Michael Kolb, Milton, pro se.

No Appearance for Appellee.

July 1, 2025

PER CURIAM.

AFFIRMED. *See Dixon v. Montero*, 398 So. 3d 448 (Fla. 4th DCA 2024).

LAMBERT, EDWARDS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____